Philip G. Jones (1748)
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-2119
Fax: (801) 224-6345

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re: | |
|---|---|
| | Bankruptcy No. 08-22302 |
| SUNCREST, L.L.C. | Chapter 7 |
| | |
| | Judge: WILLIAM T. THURMAN |
| Debtor(s). | |

TRUSTEE'S APPLICATION TO APPOINT PROFESSIONALS
_____

COMES NOW Philip G. Jones, the Chapter 7 Trustee in the above entitled matter, and moves the Court for an Order authorizing and allowing the Trustee to engage the services of professionals to assist the Trustee in the administration of the estate. The professionals whom the Trustee desires to engage the services of and the nature of the services to be performed are as follows:

LECG, LCC, to provide actuarial, valuation and accounting services to the estate, in particular, the preparation of tax returns for the estate.

The Trustee anticipates that he will be charged at an hourly rate consistent with that which is charged in the community for similar services ranging from $50.00 to $155.00 per hour.

The Trustee represents that the services are needed for the efficient administration of the estate, that without said services, effective administration of the estate may not be accomplished.

WHEREFORE, the Trustee requests that he be authorized to engage the professional services of LECG, LLC.

DATED this 13th day of January, 2009.

      /s/ Philip G. Jones
PHILIP G. JONES
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing TRUSTEE'S MOTION TO APPOINT PROFESSIONALS was mailed to the following persons by depositing the same in the United States Mail, first-class postage prepaid or by electronic filing, this 13th day of January, 2009.

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 84111

JOHN E. MITCHELL
P. BETH LLOYD
WILLIAM L. WALLANDER
VINSON & ELKINS L.L.P.
2001 ROSS AVE. SUITE 3700
DALLAS, TX 75201

SUNCREST, L.L.C.
13155 NOEL ROAD SUITE 700
DALLAS, TX 75240

JOEL T. MARKER
McKay Burton & Thurman
170 South Main Street
Suite 800
Salt Lake City, UT 84101

      /s/ Philip G. Jones